IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Jones on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Skin Cabaret Trademark, d/b/a Skin Cabaret;  Todd Borowsky, Individually; and Richard J. Cea Jr., Individually<br><br>Defendants. | NO. CV-15-00469-PHX-SRB<br><br>**DEFAULT JUDGMENT** |

The Court has considered Plaintiff's Motion for Default Judgment and attached Declarations.  Plaintiff has established she is entitled to a default judgment in the amount of $41,296.67, calculated as follows:

1.  Unpaid Wages:

    a.  Minimum Wages:      $5,220.00

    b.  b. House Fees Paid/VIP:   $6,500.00

    c.  c. Tip-Outs Paid:     <u>$4,500.00</u>

    Total:               $16,220.00

2.  Liquidated Damages:      $16,220.00

3.  Attorney Fees:                    $8,151.67

4.  Cost:                             $705.00

**5.  Total:**                        **$41,296.67**


Furthermore, the Court finds that the attorney fees are fair and reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered against Defendant Richard J. Cea, Jr. in the total amount of $41,296.67, and interest allow by law from the date of entry of this judgment until it is fully paid.  Plaintiffs are hereby authorized to execute on this final judgment.


Dated this 22nd day of July, 2015.


_____
Susan R. Bolton
United States District Judge

2